# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>Alan R SOTELO<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 6:24-mj-00006-HBK<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 27, 2024 in the county of Mariposa in the Eastern District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 113(a)(5) | Simple assault within the special maritime jurisdiction of the United States. |
| 18 USC § 113(a)(5) | Simple assault within the special maritime jurisdiction of the United States. |
| c. 36 CFR § 2.34(a)(1) | Engaging in disorderly conduct; fighting, threatening or engaging in violent behavior. |

This criminal complaint is based on these facts:

See the attached affidavit.

☑ Continued on the attached sheet.

BRIANA VOLLMER  *Digitally signed by BRIANA VOLLMER*
*Date: 2024.03.24 10:49:15 -07'00'*

*Complainant's signature*

Briana Vollmer US Park Ranger

*Printed name and title*

Sworn to before me and signed pursuant to F.R. Crim.P. 4.1.

Date: 03/25/2024

*Judge's signature*

City and state: Yosemite CA

Helena M. Barch-Kuchta

*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT
## BACKGROUND OF AFFIANT

1. I, Briana Vollmer, state, I am a Law Enforcement Officer ("Officer"), employed by the National Park Service ("NPS"). I have been an officer since 2016 and am a graduate of the Federal Law Enforcement Training Center in Glynco, Georgia. I am a member of the Yosemite National Park Crisis Negotiation Team and a Field Training Officer. I have additional training and experience responding to crimes of violence, specifically domestic violence. I also instruct other officers on these topics. In the course of my duties, I detect, establish probable cause, and enforce violations associated with assault, domestic violence, and disorderly conduct.

2. The facts of this criminal complaint are based on my personal observations, on my training and experience, as well as my consultation with other Officers. This affidavit is intended to show merely that there is sufficient probable cause for the criminal complaint and does not set forth all my knowledge about this matter.

## JURISDICTION

3. The facts set forth in this criminal complaint occurred on January 27, 2024, within the geographic boundaries of Yosemite National Park, California. Yosemite National Park is an area of federally owned public land administered by the NPS. Yosemite National Park is an area of the special maritime and territorial jurisdiction of the United States as defined by Title 18 U.S.C. § 7 (3): "Special maritime and territorial jurisdiction of the United States

defined" and by Title 16 U.S.C. § 57: "Yosemite and Sequoia National Parks; exclusive jurisdiction of United States."

4. Yosemite National Park is located within Mariposa, Madera, Mono and Tuolumne Counties, all of which are located within the Eastern District of California.

## CHARGES

5. Based upon the facts set forth in this criminal complaint, I believe probable cause exists to believe that Alan R SOTELO ("SOTELO") violated the following laws of the United States on January 27, 2024, within Yosemite National Park:

   a. 18 USC § 113(a)(5) Simple assault within the special maritime jurisdiction of the United States.

   b. 18 USC § 113(a)(5) Simple assault within the special maritime jurisdiction of the United States.

   c. 36 CFR § 2.34(a)(1) Engaging in disorderly conduct; fighting, threatening or engaging in violent behavior.

## PROBABLE CAUSE

6. *Investigator's note: Victim-1 is Alan R SOTELO's wife. Victim-2 and Witness-1 are Victim-1's cousins. Victim-2 and Victim-3 are in a romantic relationship.*

7. On January 28, 2024, at approximately 00:30, Yosemite National Park Emergency Communications Center received a 9-1-1 call from a party staying at Yosemite View Lodge, room 3103. The reporting party stated that there was an altercation with assault earlier in the evening involving one male who was not in the room. I, Officer B. Vollmer, responded and located one male outside the door of room 3103. The male was identified by his California

driver's license as Alan R SOTELO ("SOTELO"). I observed that SOTELO had blood on his hands, on his clothing and on his face. He had abrasions on face consistent with being punched. I detained SOTELO in handcuffs and told him that he was not under arrest. I asked Officer Hesse to speak with SOTELO in the parking lot.

8. I contacted Victim-1 in room 3103. Victim-1 confirmed that she was SOTELO's wife and that they had been married approximately one year. Victim-1 stated that she was on the Stoneman Meadow Boardwalk within the jurisdiction of Yosemite National Park earlier in the night with SOTELO and several other people. Victim-1 stated that SOTELO was angry with her because he wanted to leave. Victim-1 added that she was seated on the boardwalk when SOTELO began yelling "stupid bitch, get the fuck up," and "be a wife and talk to me." Victim-1 stated that when she refused to leave with him, SOTELO wrapped his arms around her and tried to pull her up. Victim-1 put her own arm in front of her face and demonstrated how SOTELO wrapped one arm around her head, over her mouth. Victim-1 stated that by the time her friends pulled SOTELO away, she had a bloody nose. I observed an abrasion under Victim-1's right nostril, a scratch under her right eye and dried blood on the arms of her jacket.

9. Ranger Hesse interviewed Victim-3, who confirmed that he was present when Victim-1 and SOTELO were arguing. Victim-3 stated that Victim-1 was calmly telling SOTELO that she didn't want to leave while SOTELO was yelling at her. Victim-3 described SOTELO grabbing Victim-1 from behind in his written statement. He wrote, "his arms [slid] from her chest to her neck, and to her nose." Victim-3 stated that he pulled SOTELO away from Victim-1 and held him back while he yelled at Victim-2 (Victim-3's girlfriend).

10. Victim-3 stated that, Witness-1 moved SOTELO further away on the boardwalk. In his written statement, Victim-3 stated that Victim-2. asked him to stand near SOTELO in case SOTELO tried to hit Witness-1. Victim-3 wrote that SOTELO was yelling about Victim-2. and Victim-3 told him "Don't disrespect [Victim-2] like that." Victim-3 said SOTELO charged at him and began trying to punch him. Victim-3 stated that he defended himself by punching SOTELO in the face and then trying to restrain him on the ground. In his written statement, Victim-3 indicated that he stopped hitting SOTELO when he realized SOTELO was bleeding. After that, Victim-3 indicated that SOTELO got on top of him and punched him repeatedly as Victim-3 attempted to shield himself. Victim-2. and Witness-1. corroborated Victim-2's statements regarding this assault.

11. Next, I interviewed Victim-2. Victim-2 described SOTELO's behavior as "very hysterical." Victim-2 remembered SOTELO yelling at Victim-1 "hurry the fuck up," "you're acting like a dumb ass," and "get the fuck up bitch." Victim-2 stated that she witnessed SOTELO grab Victim-1 around the chest and the mouth. Victim-2 stated that, after they separated SOTELO and Victim-1, she saw that Victim-1 had a bloody nose.

12. Victim-2. provided a video that she filmed as they were trying to calm SOTELO. In the video, several people can be heard yelling while Victim-3 is pushing SOTELO away from Victim-1 and Victim-2. SOTELO appears to be leaning against Victim-3's hands, attempting to get closer to the women. SOTELO can be seen swinging his left arm toward Victim-2 twice. On the second swing, SOTELO struck Victim-2's hand, causing the phone to fall to the ground. A wood walkway that appears to match the boardwalk in Stoneman Meadow is visible in the background of the video. Victim-2 indicated the video was timestamped for

PAGE **4** OF **6**

21:59. Statements indicate this video was filmed after Victim-1 was assaulted and before Victim-3 was assaulted.

13. Witness-1 stated that she did not see SOTELO assault Victim-1 because she was too far away but she heard the screams and saw SOTELO being pulled away when she ran over. Witness-1 described SOTELO as "hysterically screaming" and wrote in a statement that "he was being a completely different person/ physically and verbally aggressive." During my interview, Witness-1 compared SOTELO's behavior with someone on meth but she denied that he took any drugs.

14. All the victims and witnesses I spoke to agreed that they were afraid of SOTELO and did not want him nearby. When I suggested that SOTELO may be taken to a hotel room several miles down the road, Victim-3 expressed concern that he might walk back to the Yosemite View Lodge to attempt to contact Victim-1.

15. While I had been interviewing Victim-1, Victim-2, and Witness-1, Ranger Hesse spoke with SOTELO. When she first asked SOTELO what happened to his nose, he stated that he slipped on ice. After Ranger Hesse told SOTELO to tell the truth, he admitted that he had been in a fight with another male. SOTELO stated "there was a little altercation with one of the guys up there. It wasn't nothing big, just some shoving back and forth. It was just me and my wife's argument and he happened to get in the way of it."

## **CONCLUSION**

Based on the forgoing facts of this affidavit, I believe probable cause exists for charges against Alan R SOTELO for committing simple assault against his spouse (Victim-1) when he grabbed

her from behind, engaging in violent and threatening behavior against Victim-2 when he swung his left arm at her twice, committing simple assault against Victim-3 when he shoved and punched Victim-3 at Stoneman Meadow, within Yosemite National Park on January 27, 2024.

Respectfully submitted,

BRIANA VOLLMER
Digitally signed by BRIANA VOLLMER
Date: 2024.03.24 11:12:05 -07'00'

Briana Vollmer
United States Park Ranger
National Park Service

March 25, 2024,

Subscribed and sworn to before me on:

Helena M. Barch-Kuchta
The Honorable
United States Magistrate Judge
March 25, 2024

Approved as to form by:

/s/*Jeffrey Spivak*

Jeffrey Spivak
Assistant United States Attorney
March 25, 2024